GARY Y. LEUNG, *L.R. 83-2.4.1 leave to practice granted*
Email:  leungg@sec.gov
LUCEE KIRKA Cal. Bar No. 121685
Email: kirkal@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile: (323) 965-3815

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>MICHAEL CROWELL,<br><br>Respondent. | Case No.  CV 14-2465-RGK (JEMx)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ISSUED** |

The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and for an Order Compelling Compliance with Administrative Subpoenas against Respondent Michael Crowell, the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Administrative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on April 22, 2014, at 10:00 a.m., or as soon thereafter as the parties can be heard, the Respondents shall appear before the Honorable John E. McDermott, United States District Judge, in Courtroom C, 8th Floor, located at 312 N. Spring Street, Los Angeles, California, 90012 to show cause, if there be any, why an Order Compelling Compliance with Administrative Subpoenas should not be granted in accordance with the Application filed by the SEC herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of said Order shall be filed by the Respondents with this Court and served on the SEC's Los Angeles Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, such that they arrive no later than 5:00 p.m. (PST), on April 11, 2014, and that the SEC's reply papers, if any, be filed with this Court and served on Respondent or its counsel, such that they arrive no later than 5:00 p.m. (PST) on April 18, 2014.

///
///
///
///

1  IT IS FURTHER ORDERED that service of this Order to Show Cause, and
2 any papers in opposition to the issuance of said Order, or any reply papers, may be
3 accomplished by electronic mail, facsimile, United Parcel Service or personal
4 service.

5 Dated: April 3, 2014

JOHN E. McDERMOTT
U.S. MAGISTRATE COURT JUDGE